# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00484-CR

**Quincy Shelton Bell, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
### NO. 7097, THE HONORABLE ROBERT R. HOFMANN, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Quincy Shelton Bell seeks to appeal the district court's order placing him on deferred-adjudication community supervision for the offense of evading arrest. However, the clerk's record does not contain the required certification of Bell's right to appeal. *See* Tex. R. App. P. 25.2(a)(2) (requiring such certification "each time" trial court "enters a judgment of guilt or other appealable order"), 25.2(d) (requiring appellate record to include certification). Although the clerk's record contains a document titled "Trial Court's Certification of Defendant's Right to Appeal," no boxes are marked on the certification to indicate whether Bell has a right to appeal.

We therefore abate this appeal and remand the case to the trial court for preparation and filing of a completed certification regarding Bell's right to appeal the order of deferred adjudication. *See* Tex. R. App. P. 34.5(c)(2) (where appellate court orders trial court to

prepare certification of defendant's right of appeal, "the trial court clerk must prepare, certify, and file in the appellate court a supplemental record").  A supplemental clerk's record containing the trial court's completed certification must be filed with this Court no later than July 30, 2026**.**

Before Justices Triana, Kelly, and Ellis

Abated and Remanded

Filed:   June 30, 2026

Do Not Publish